UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES VAUGHN, JR.,** | ) |
| | ) |
| **v.** | )  Civil Action No.:  CV-2010-453 |
| | ) |
| **BANK OF AMERICA.** | ) |

**NOTICE OF APPEARANCE**

Come now Kenneth S. Steely, Esq. and Kirkland E. Reid, of the firm Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P., and files this Notice of Appearance on behalf of Bank of America.

    Respectfully submitted,

    s/Kenneth S. Steely
    KENNETH S. STEELY (STEEK4183)
    KIRKLAND E. REID (REIDK9451)
    Attorneys for Bank of America

OF COUNSEL:

JONES, WALKER, WAECHTER, POITEVENT,
 CARRERE & DENEGRE, L.L.P.
P.O. Box 46
Mobile, Alabama 36601
(251) 439-7535 - Phone
(251) 433-1001 - Fax
ksteely@joneswalker.com
kreid@joneswalker.com

{MB009875.1}

## CERTIFICATE OF SERVICE

    I hereby certify that on the 23rd day of August, 2010, I electronically filed the foregoing using the CM/ECF system and I have mailed same by United States Mail, postage paid to the following:

Charles Vaughn, Jr.
27188 Mirage Lane
Daphne, AL 36526

                                            s/Kenneth S. Steely