AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Charles C. Vaughan, Jr.  )
Plaintiff )
v. )  Civil Action No. 10-453-KD-N
BAC Home Loans Services, LP )
Defendant )

## Summons in a Civil Action

To: *(Defendant's name and address)*

BAC Home Loans Services, LP
dba Bank of America
100 North Tryon Street
Charlotte, NC 28202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Charles Vaughan, Jr.
27188 Mirage Lane
Daphne, AL  36526

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CHARLES R. DIARD, JR.**
Name of clerk of court

Date: August 23, 2010

*Cathi Jennings*
Deputy clerk's signature



(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Charles C. Vaughan, Jr.
Plaintiff
v.
Sirote & Permutt, PC
Defendant

Civil Action No. 10-453-KD-N

## Summons in a Civil Action

To: *(Defendant's name and address)*

Sirote & Permutt, PC.
P.O. Box 55727
Birmingham, AL 35255

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Charles Vaughan, Jr.
27188 Mirage Lane
Daphne, AL  36526

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**CHARLES R. DIARD, JR.**
Name of clerk of court

Date: __August 23, 2010__

*Cathi Jennings*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*