UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES VAUGHAN, JR., )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>BANK OF AMERICA, )<br>    Defendant. ) | Civil Action No.: CV-2010-453 |

### DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S PETITION FOR TEMPORARY RESTRAINING ORDER

Defendant, Bank of America ("BOA"), without waving any rights or defenses, responds to Plaintiff's, Charles Vaughan, Jr. ("Vaughan"), Petition for Restraining Order as follows:

1. Vaughan's petition is due to be denied because, among other reasons, Vaughan cannot establish the necessary element of immediate, irreparable harm.

2. The initial foreclosure date of June 25, 2010, was canceled due to Vaughan's written dispute. See Exhibit "A."

3. No foreclosure took place on August 19, 2010, as alleged by Vaughan, and no foreclosure sale date has been reset. See Exhibit "B."

4. Because BOA has not reset a foreclosure date, or foreclosed, Vaughan, as this Court has previously held, fails to "adequately show the presence of immediate, irreparable harm to warrant the court's issuance of a Temporary Restraining Order." Muhammad v. HSBC Bank, USA, N.A., 2009 WL 256275, *1 (S.D. Ala. 2009) (Court denied a temporary restraining order to halt a foreclosure where bank temporarily canceled the foreclosure sale).

WHEREFORE, Defendant Bank of America, requests this Court to deny Plaintiff's request for a temporary restraining order.

{BH039869.1}

        Respectfully submitted,

        s/Kenneth S. Steely
        KENNETH S. STEELY (STEEK4183)
        KIRKLAND E. REID (REIDK9451)
        Attorneys for Bank of America

OF COUNSEL:

JONES, WALKER, WAECHTER, POITEVENT,
 CARRERE & DENEGRE, L.L.P.
P.O. Box 46
Mobile, Alabama 36601
(251) 439-7535 - Phone
(251) 433-1001 - Fax
ksteely@joneswalker.com
kreid@joneswalker.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 25th day of August, 2010, I electronically filed the foregoing using the CM/ECF system and I have mailed same by United States Mail, postage paid to the following:

Charles Vaughan, Jr.
27188 Mirage Lane
Daphne, AL 36526

        s/Kenneth S. Steely

-2-

{BH039869.1}

**ANDY W. SAAG**

ATTORNEY AT LAW

(205) 918-5045

asaag@sirote.com

# SIROTE
## &
## PERMUTT
A PROFESSIONAL CORPORATION

June 11, 2010

**VIA U.S. MAIL**

Charles C. Vaughan Jr.
27188 Mirage Lane
Daphne, AL 36526

| | |
|---|---|
| Our Client: | BAC Home Loans Servicing, L.P. FKA Countrywide Home Loans Servicing LP ("BAC") |
| Loan No: | 47342871 |
| Property Address: | 27188 Mirage Lane, Daphne, AL 36526 |
| RE: | Qualified Written Request |

Dear Mr. Vaughan:

I am writing to acknowledge receipt of your letter dated June 2, 2010. I have forwarded this correspondence to BAC for its review.

We have canceled the foreclosure sale scheduled for June 25, 2010. Once BAC has located the necessary files, they will respond to the qualified written request. In the meantime, please do not hesitate to contact our office at 205-918-5045 should you need anything additional.

This communication is from a debt collector.

Sincerely,

Andy W. Saag
FOR THE FIRM

AWS/ab



EXHIBIT A

DOCSBHM\1709849\1\

LAW OFFICES AND MEDIATION CENTERS
2311 HIGHLAND AVENUE SOUTH    BIRMINGHAM, ALABAMA 35205
POST OFFICE BOX 55727    BIRMINGHAM, ALABAMA 35255-5727
TELEPHONE | 205.930.5100    FAX | 205.930.5101    URL | http://www.sirote.com

Birmingham | Huntsville | Mobile

## Steely, Kenneth

**From:** Monaghan, Jamey [JMonaghan@Sirote.com]
**Sent:** Monday, August 23, 2010 12:17 PM
**To:** Steely, Kenneth; Warfield, Alan; Reid, Kirk
**Cc:** Saag, Andy; Brooks, Angela
**Subject:** RE: Charles Vaughan/BAC

It does not appear that we ever had a sale scheduled for 8/19.

Jamey Monaghan
Creditor Services Coordinator
D) 205.918.5008
F) 205.212.2825
JMonaghan@Sirote.com

http://www.sirote.com/i

Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205

NOTICE This communication is not encrypted and may contain privileged or other confidential information. If you are not the intended recipient or believe that you may have received this communication in error, please reply to the sender indicating that fact and delete the copy you received. In addition, you should not print, copy, retransmit, disseminate, or otherwise use the information. CONFIDENTIAL ATTORNEY/CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT. All previous disclaimers apply to this message as well. To see a full list of disclaimers that apply to email from sirote.com visit: http://www.sirote.com/default.aspx?id=797

---

**From:** Steely, Kenneth [mailto:ksteely@joneswalker.com]
**Sent:** Monday, August 23, 2010 12:05 PM
**To:** Warfield, Alan; Monaghan, Jamey; Reid, Kirk
**Cc:** Saag, Andy; Brooks, Angela
**Subject:** RE: Charles Vaughan/BAC

Jamey / Andy,

The TRO was filed to prevent foreclosure on August 19. The info you sent was for the June foreclosure that was canceled. Do you have any other documents concerning another foreclosure date?

Thanks,

Kenneth

Direct: (251)439-7535

---

**From:** Warfield, Alan
**Sent:** Friday, August 20, 2010 10:53 AM
**To:** Monaghan, Jamey; Steely, Kenneth; Reid, Kirk
**Cc:** Saag, Andy; Brooks, Angela
**Subject:** RE: Charles Vaughan/BAC

Great, thanks as always. I suspect we'll be back in touch on this one.

Alan

---

**From:** Monaghan, Jamey [mailto:JMonaghan@Sirote.com]
**Sent:** Friday, August 20, 2010 10:26 AM
**To:** Warfield, Alan; Steely, Kenneth; Reid, Kirk
**Cc:** Saag, Andy; Brooks, Angela
**Subject:** FW: Charles Vaughan/BAC

Re: Charles C. Vaughan Jr. // 27188 Mirage Lane, Daphne, AL 36526 -- FC on hold for debt dispute

Hey Alan, we've been expecting you... Attached are the foreclosure docs. Please note that BAC is handling the QWR themselves and it has been assigned to Marla Kochevar. The response is due by next Friday, 8/27/2010. Please let us know if we need to do anything regarding the QWR.

Thank you,

Jamey Monaghan
Creditor Services Coordinator
D) 205.918.5008
F) 205.212.2825
JMonaghan@Sirote.com


http://www.sirote.com/i

Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205


EXHIBIT B

NOTICE This communication is not encrypted and may contain privileged or other confidential information. If you are not the intended recipient or believe that you may have received this communication in error, please reply to the sender indicating that fact and delete the copy you received. In addition, you should not print, copy, retransmit, disseminate, or otherwise use the information. CONFIDENTIAL ATTORNEY/CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT. All previous disclaimers apply to this message as well. To see a full list of disclaimers that apply to email from sirote.com visit: http://www.sirote.com/default.aspx?id=797

8/24/2010

**From:** Warfield, Alan [mailto:awarfield@joneswalker.com]
**Sent:** Friday, August 20, 2010 9:06 AM
**To:** Monaghan, Jamey
**Cc:** Steely, Kenneth; Reid, Kirk
**Subject:** Charles Vaughn/BAC

Jamey:

We have a new BAC matter in the Southern District set for a PI hearing next week (Wednesday I think). Borrower is Charles Vaughn and the loan number is 47342871. Do you think you could send us what you guys have on it today? Looks like a 6/25 sale date was cancelled following a debtor dispute, so I'm guessing there will be some correspondence with Mr. Vaughn (who is pro se).

Thanks for the help.

Alan

Alan M. Warfield
**Jones Walker**
One Federal Place
1819 5th Avenue North, Suite 1100
Birmingham, AL 35203
205.244.5262 (direct dial)
205.244.5462 (fax)
205.244.5200 (main number)
www.joneswalker.com
awarfield@joneswalker.com

The information contained in this communication is confidential, may be attorney/client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of **Jones, Walker, Waechter, Poitevent, Carrère & Denègre L.L.P.** Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email, and destroy this communication and all copies thereof, including all attachments.

## Steely, Kenneth

**From:** Daum, Kelly J -Legal [kelly.j.daum@bankofamerica.com]
**Sent:** Tuesday, August 24, 2010 5:36 PM
**To:** Steely, Kenneth
**Cc:** Warfield, Alan; Reid, Kirk; McKown, Aaron - Legal
**Subject:** RE: Vaughan v Bank of America

Ken,

I have confirmed from foreclosure counsel that no sale date is scheduled at this time. There was a previous sale date of 6/25/10 which was cancelled because a QWR was received.

Kelly Jo Daum
Paralegal
Legal Department - Litigation
Bank of America Corporation
Mail Code: CA6-915-01-17
30870 Russell Ranch Road
Westlake Village, CA  91362
Tel: (818) 223-5375
Fax: (804) 264-0857
kelly.j.daum@bankofamerica.com

---

**From:** Steely, Kenneth [mailto:ksteely@joneswalker.com]
**Sent:** Tuesday, August 24, 2010 3:33 PM
**To:** McKown, Aaron - Legal; Daum, Kelly J -Legal
**Cc:** Warfield, Alan; Reid, Kirk
**Subject:** Vaughan v Bank of America
**Importance:** High

Aaron,

Any word on the Vaughan issue? The TRO hearing is set for 1:00pm (CST) tomorrow. Please confirm that no foreclosure sale was set for Aug 19, and that no foreclosure sale date is currently set. I will notify the Court in order to have the TRO request denied. Sirote confirmed that they did not set an Aug. 19 foreclosure date.

If you have any questions, please do not hesitate to contact me.

Thanks,

Kenneth S. Steely

Jones, Walker, Waechter, Poitevent,
  Carrère, Denègre, L.L.P.
254 State Street
Mobile, AL 36603

8/25/2010

Office: (251)432-1414
Direct: (251)439-7535
Fax: (251)433-1001

ksteely@joneswalker.com

PLEASE NOTE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

This message w/attachments (message) is intended solely for the use of the intended recipient(s) and may contain information that is privileged, confidential or proprietary. If you are not an intended recipient, please notify the sender, and then please delete and destroy all copies and attachments, and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained in or attached to this message is prohibited.
Unless specifically indicated, this message is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Sender. Subject to applicable law, Sender may intercept, monitor, review and retain e-communications (EC) traveling through its networks/systems and may produce any such EC to regulators, law enforcement, in litigation and as required by law.
The laws of the country of each sender/recipient may impact the handling of EC, and EC may be archived, supervised and produced in countries other than the country in which you are located. This message cannot be guaranteed to be secure or free of errors or viruses.

References to "Sender" are references to any subsidiary of Bank of America Corporation. Securities and Insurance Products: * Are Not FDIC Insured * Are Not Bank Guaranteed * May Lose Value * Are Not a Bank Deposit * Are Not a Condition to Any Banking Service or Activity * Are Not Insured by Any Federal Government Agency. Attachments that are part of this EC may have additional important disclosures and disclaimers, which you should read. This message is subject to terms available at the following link:
http://www.bankofamerica.com/emaildisclaimer. By messaging with Sender you consent to the foregoing.