IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES VAUGHAN, JR., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 10-00453-KD-N |
| BANK OF AMERICA, NA., ) | |
| Defendant. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated March 17, 2011, is hereby **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action is **DISMISSED without prejudice** for failure to comply with orders of this Court.

**DONE** and **ORDERED** this the **5th** day of **April 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**